**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22974/0005376585

Dated: October 13, 2009

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Leroy D. Hale and Carolyn D. Hale<br>      Debtors.<br>_____<br>National City Mortgage, a division of National City Bank<br>      Movant,<br>  vs.<br>Leroy D. Hale and Carolyn D. Hale, Debtors, Gayle E. Mills, Trustee.<br>      Respondents. | No. 4:09-bk-21869-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> That portion of the South half of the Southeast quarter of Section 26, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa, Arizona, described as follows:
> Commencing at the East quarter corner of said Section 26;
> Thence South 00 degrees 10 minutes 36 seconds East along the East line of the Southeast quarter of said Section 26, a distance of 2045.33 feet;
> Thence South S9 degrees 42 minutes 32 seconds West, a distance of 317.33 feet to the Point of Beginning; Thence South 00 degrees 00 minutes 41 seconds East, a distance of 253.71 feet; Thence South 89 degrees 42 minutes 32 seconds West, a distance of 171.69 feet; Thence North 00 degrees 10 minutes 41 seconds West, a distance of 253.71 feet; Thence North 89 degrees 42 minutes 32 seconds East, a distance of 171.69 feet to the Point of Beginning

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT